IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PETER F. SCANLON                           *

      Plaintiff                              *

v.                                         *

AMY FOOD CHAINS, Inc. et al.               *

      Defendants                             *

                                                    CIVIL ACTION NO. 15-CV-2289 JFM

*************************************************************************

ORDER

Upon consideration of the Defendant's Motion for a More Definite Statement and any response thereto, it is by the United States District Court for the District of Maryland,

ORDERED, that Defendants' Motion for a More Definite Statement is hereby GRANTED and

ORDERED that Plaintiff has until February 23, 2016 to Amend the Complaint or the case shall be dismissed without prejudice.

_____1/12/16_____                          _____/s/_____
Date                                       Judge

cc:
Brian D. Lyman, Esquire
HILLMAN, BROWN & DARROW, P.A.
221 Duke of Gloucester Street
Annapolis, Maryland 21401-2500

Peter F. Scanlon
5519 Harford Street
Churchton, Maryland 20733

BY _____ DEPUTY
CLERK'S OFFICE
AT BALTIMORE
2016 JAN 12 PH 4:07
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
FILED